IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PF PRISM C.V., PBG PUERTO RICO LLC, and PF PRISM IMB B.V., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 21-22 (CFC) |
| AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA, INC., | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among Pfizer Inc., C.P. Pharmaceuticals International C.V., PF PRISM C.V., PBG Puerto Rico LLC, and PF PRISM IMB B.V. (collectively, "Plaintiffs") as plaintiffs in Civil Action No. 21-22-CFC, and Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Defendants"), as defendants, by their attorneys, that

(1)    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiffs and Defendants are dismissed without prejudice.

(2)    Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

(3)    The parties waive any right of appeal from this Order.

(4)    Each party shall bear its own costs and fees in the above-captioned

actions.

(5)    The U.S. District Court for the District of Delaware retains jurisdiction

to enforce and resolve any disputes arising under the settlement agreement between

Plaintiffs and Defendants.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        KRATZ & BARRY LLP

*/s/ Megan E. Dellinger*                                          */s/ R Touhey Myer*

---

Jack B. Blumenfeld (#1014)                        R Touhey Myer (#5939)
Megan E. Dellinger (#5739)                        800 North West Street
1201 North Market Street                            Wilmington, DE  19801
P.O. Box 1347                                              (302) 527-9378
Wilmington, DE  19899                              tmyer@kratzandbarry.com
(302) 658-9200
jblumenfeld@morrisnichols.com                 *Attorneys for Defendants*
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*


SO ORDERED this 6ᵗʰ day of May 2022.

_____
            CHIEF, UNITED STATES DISTRICT JUDGE

2